IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GFI WISCONSIN, INC.,
f/k/a GREDE FOUNDRIES, INC.,

JUDGMENT IN A CIVIL CASE

Appellant,

Case No. 10-cv-388-bbc

v.

REEDSBURG UTILITY COMMISSION and
WISCONSIN ELECTRIC POWER COMPANY,

Appellees.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankrupcty Court for the Western District of Wisconsin denying appellant GFI Wisconsin, Inc.'s objection to the 11 U.S.C. § 503(b)(9) claim filed by appellees Wisconsin Electric Power Company and Reedsburg Utility Commission.

_____      _____
Peter Oppeneer, Clerk of Court         11/12/10
                                        Date